IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-652-FL

| | |
|---|---|
| COLEMAN BENDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  **ENTRY OF DEFAULT** |
| | ) |
| PENISTER, CLOSSON | ) |
| & ASSOCIATES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

On October 5, 2012, Coleman Bender ("plaintiff") initiated this action against Penister,

Closson & Associates, Inc. ("defendant") [D.E. 1]. Plaintiff alleges that defendant's registered agent

was served with summons and the complaint on December 4, 2012 [D.E. 7]. On January 28, 2013,

plaintiff moved for entry of default against defendant [D.E. 9].

Rule 55(a) of the Federal Rules of Civil Procedure provides for entry of default against a

party who "has failed to plead or otherwise defend." To date, defendant has failed to answer or

otherwise respond to plaintiff's complaint. Accordingly, plaintiff's motion is granted [D.E. 9] and

default is entered against defendant Penister, Closson & Associates, Inc under Fed. R. Civ. P. 55(a).

SO ORDERED. This 25 day of February 2013.

Julie A. Richards

Julie A. Richards, Clerk of Court